AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of California

FILED

SEP 1 8 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Email Account mattdomen@mail.com maintained on<br>computer servers operated by 1&1 Mail and Media | )<br>)<br>)<br>)<br>)<br>) |

Case No.   17MJ3437

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2422(b), 2251,<br>2252, 2252A | Enticement; Production, Distribution, Receipt, Transportation and Possession of<br>Child Pornography |

The application is based on these facts:

See Affidavit of SA Dominic Langone in Support of Search Warrant

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's Signature*

Dominic T. Langone, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/18/17

_____
*Judge's signature*

City and state: San Diego, California

Honorable William V. Gallo, U.S. Magistrate Judge
*Printed name and title*

<u>AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT</u>

I, Dominic Langone, being duly sworn, hereby depose and state as follows:

1.   I am a Special Agent of the Naval Criminal Investigative Service (NCIS), and have been so employed since July 2015.   I am currently assigned to the NCIS Marine Corps West Field Office, Camp Pendleton, CA (CPC).

2.   I received a Bachelor of Science degree in Justice Administration from the University of Louisville in 2012. I am a graduate of the twelve week Criminal Investigative Training Program (CITP) and the ten week NCIS Special Agent Basic Training Program (SABT) at the Federal Law Enforcement Training Center located in Glynco, GA. During my tenure with NCIS, I have conducted numerous criminal investigations as both a lead and participating criminal investigator, including but not limited to investigations involving allegations of sexual assault, rape, aggravated assault, child pornography, larceny, and death investigations.  As part of these investigations, I have conducted numerous interviews, collected numerous items of evidentiary value, and conducted and monitored consensual recorded phone conversations between alleged victims and suspects seeking evidence of potential violations of federal, state, and military law.  I have sworn to numerous search and arrest warrants and have executed and participated in numerous searches on behalf of the United States Government.   I have also completed a myriad of training programs related to the investigation of a variety of crimes, including sexual related offenses.  Prior to my employment with NCIS, my law enforcement career began in September 2013 where I was hired as a United States Customs and Border Protection (CBP) Officer in Miami, FL.  As a CBP Officer, I graduated the 18 week Officer Basic Training Program at the Federal Law Enforcement Training Center located in Glynco, GA.

3.   This investigation is being conducted jointly by the Okinawa, Japan, and Camp Pendleton, CA, offices of the NCIS. The respective agents and officers assigned to this investigation are hereinafter referred to as "the investigative team."

4.   Collectively, I and other members of the investigative team have received training and experience conducting criminal investigations into violations of the U.S. Code and the Uniform Code of Military Justice (UCMJ), including the seizure and examination of evidence related to sexual assaults, and the production and distribution of child pornography. The investigative team has participated in varied criminal investigations, as well as joint investigations with local and federal law enforcement agencies. The investigative team has participated in the preparation and execution of numerous affidavits for search and/or seizure warrants. These warrants involved the search of targets' residences, offices, and vehicles. Materials searched for and recovered at these locations included all types of electronic equipment utilized to produce, store and distribute child pornography.

5.   This affidavit is in support of an application by the United States of America for a search warrant for 1&1 Internet Inc. (hereafter 1&1 Internet), as described in Attachment A, to search the following email account:

1.) mattdomen@mail.com

from October 1, 2015, to March 4, 2017, for items that constitute evidence, fruits, and instrumentalities of violations of federal criminal law, namely, 18 U.S.C. §§ Sections 2422(b), 2251, 2252,

1  and 2252A and the Uniform Code of Military Justice (UCMJ) Articles
2  120b, and 134, as described in Attachment B.

3      6.   The facts set forth in this affidavit are based on my own
4  personal knowledge; knowledge obtained from other individuals
5  during my participation in this investigation, including other law
6  enforcement officers; interviews of victims; my review of documents
7  and computer records related to this investigation; communications
8  with others who have personal knowledge of the events and
9  circumstances described herein; and information gained through my
10 training and experience.  Because this affidavit is submitted for
11 the limited purpose of establishing probable cause in support of
12 the application for a search warrant, it does not set forth each
13 and every fact the investigative team has learned during the course
14 of this investigation.

15 STATEMENT OF PROBABLE CAUSE

16     7.   NCIS Okinawa, Japan, monitors various social media
17 applications commonly utilized by Department of Defense (DoD)
18 members to solicit children for sex acts.  On February 7, 2017,
19 while acting in an undercover (UC) capacity, an NCIS Special Agent
20 (UCA), responded to a craigslist posting under "okinawa-personals-
21 casual encounters" titled "young girls, incest, taboo."  The UCA
22 communicated with the poster using the craigslist anonymous email
23 server.  During this communication with the UCA, the poster stated,
24 "I have a bunch of young pics for trade."

25     8.   On February 8, 2017, the UCA and unknown poster began
26 communicating via email wherein the unknown poster utilized the
27 email address mattdomen@mail.com, where he advised the UCA,
28 "Looking for a buddy to enjoy my fantasies with.  Someone who

3

shares my tastes since it's hard to find someone who does." The unidentified male then transitioned the conversation to Kik Messenger wherein he utilized the user name "Matt D" and/or "mattdamin". During this online conversation, the unidentified male solicited the UCA to provide her two children, ages four and eight, for the purposes of sexual contact. During the Kik conversation, the unidentified male asked the UCA if she had any pictures of her children, and stated, "I'm into young and I love giving oral pleasure. Are we on the same page?" The unidentified male continued, asking, "Do they like chochalate?" and "are you opposed to them with a certain body part in their mouth or just the girl?" Later during the conversation the unidentified male inquired, "if I was to show them my think, would you be OK with both of the playing with it, or just the girl?" After the UCA indicated she would allow them to touch him, the unidentified male stated, "Awesome, I think they will like the chocolate game."

9. On March 1, 2017, the unidentified male initiated an in person meeting with the UCA to discuss his desire to have sexual contact with her children. During this meeting, the UCA positively identified the individual as Sgt Michael D. HAMBY, United States Marine Corps (HAMBY).

10. On March 4, 2017, HAMBY arrived at a second meeting, for the purposes of traveling to the home of the UCA to have sexual contact with the children. NCIS apprehended HAMBY and conducted an interview subsequent to advisement and waiver of rights. HAMBY admitted to sending various lewd messages to the UCA wherein he discussed sexual acts with children. However, HAMBY stated he sent the messages as a fantasy/role playing scenario intended to result

4

1  in him having sex with the adult mother only.   On March 6, 2017,

2  HAMBY's command placed him in pre-trial confinement.

3

4      11.  On March 4, 2017, subsequent to a search incident to

5  arrest, NCIS seized HAMBY's Samsung Galaxy S7 cellular telephone,

6  and after a PASS authorized search of HAMBY's barracks room, NCIS

7  seized a Toshiba laptop computer.   NCIS agents conducted a search

8  of these devices pursuant to a written Command Authorization for

9  Search and Seizure (CASS) and noted HAMBY used both devices to

10 access the email domain mattdomen@mail.com.

11     12.  On March 14, 2017, and March 27, 2017, NCIS coordinated

12 with Federal Bureau of Investigation (FBI) representatives at the

13 National Center for Missing and Exploited Children (NCMEC).   NCMEC

14 requested subpoenas for submission to craigslist to obtain all

15 postings made between March 1, 2015, and March 1, 2017, using the

16 email address mattdomen@mail.com.   On April 10, 2017, craigslist

17 provided 53 craigslist postings made during this period.

18     13.  On May 13, 2016, HAMBY posted an advertisement on

19 craigslist Oceanside, CA, Casual Encounters Personal section

20 entitled "incest dad for incest dad - m4m".   The body of the

21 advertisement reads "Title says it all.   Looking for another dad/

22 something to join.   If you are interest message me.   White male

23 here 26".

24     14.   On May 16, 2016, HAMBY posted an advertisement in

25 craigslist Oceanside CA, Casual Encounters Personal section

26 entitled "I'm looking for taboo - m4m".   The body of the

27 advertisement reads: "So I'm on here looking for someone to

28 practice any and all taboo with.  Specifically looking for

5

beastiality, incest fantasys, gangbangs, etc. If you are interested hit me up. SWM 24 180 lbs ddf".

15. On October 15, 2016, HAMBY posted an advertisement in craigslist Pendleton/Oceanside CA, Casual Encounters Personal section entitled "need a real taboo friend - m4m". The body of the advertisement reads: "I'm search of a buddy who is in to ALL kinds of taboo with an open mind on everything. Must be open to everything, incest included. Illegal taboo applies. Very discreet."

16. On January 07, 2017, HAMBY posted an advertisement in Craigslist Okinawa Casual Encounters Personal section entitled "looking 4 taboo - m4m". The body of the advertisement reads: "Military white male ddf 5'4 165 lbs average cock size looking to share my appreciation for specific taboo that is frowned upon by most people. I am 100% discreet and NSA. Looking to find someone who is into the same stuff as me and wants to share trade pics/ hook up and mutual each other. I top and bottom hit me up if you are interested. Im looking for a real specific taboo. Let me know if you are into it."

17. On March 14, 2017, and March 27, 2017, NCIS coordinated with FBI representatives at NCMEC to request subpoenas for submission to 1&1 Internet to obtain subscriber information and IP addresses associated with mattdomen@mail.com. Records obtained from 1&1 Internet revealed the aforementioned email address was created on January 6, 2015, under the name Matt Domen with a date of birth of March 4, 1992. Database inquiries failed to identify anyone under that name and date of birth. Additionally, 27 pages of log-ins to this email address between March 2, 2017, and March 6, 2017, all of which were from internet protocol (IP) addresses,

6

65.99.64.105, 65.99.66.165 and 65.99.89.133.  Open source research of these IP addresses indicated that all three (3) IP addresses are registered to Mediati Broadband, Okinawa, Japan, where HAMBY was assigned during that period.

18.  On April 18, 2017, NCIS interviewed HAMBY's spouse, a civilian, who signed a written Permissive Authorization for Search and Seizure (PASS) to enter and search she and HAMBY's on base residence aboard MCB, CPC, located in the Southern District of California.  During the search, agents found an external hard drive located on a countertop between the kitchen and dining room of the residence.  The spouse indicated HAMBY's father previously owned the device and subsequently gave the device to HAMBY for the family's use.  The spouse further explained she thought the device was "corrupted," and did not think it worked.  While in the residence, the spouse permitted NCIS to conduct further review of the hard drive on scene using her laptop computer.

19.  During the preview of the hard drive, agents noted evidence of Tor software on the hard drive and seized the hard drive for further forensic analysis.  Tor is free software for enabling anonymous communication.  Using Tor makes it more difficult for Internet activity to be traced back to the user including visiting web sites, posting online, instant messages, and other communication forms.  Based on my training and experience, I know that Tor software can be used for nefarious endeavors such as accessing the "dark web," pirating software, playable media, as well as accessing and trading child pornography.

20.  On April 19, 2017, members of the investigative team previewed some of the contents of the hard drive seized from

HAMBY's on base residence aboard MCB, CPC.   Among other content, the hard drive contained multiple images as well as cached Internet activity.   Some of the images appeared to contain suspected child pornography.   NCIS duplicated the contents of the hard drive and submitted the duplicated data to a forensic examiner for further analysis.

21.   On May 9, 2017, a Regional Computer Forensic Laboratory (RCFL), San Diego, CA, forensic examiner provided NCIS with a preliminary sample of several images identified during his analysis of the duplicated data created of the hard drive.   The examiner identified several images located in a folder labeled "MIKE," which depict an unknown male sexually assaulting what appears to be a young child under the age of five.   Several of the images depict a naked Caucasian male kneeling on a bed, with a Caucasian child wearing a pink t-shirt and no pants, lying face down in front of the unknown male.   The male appears to be penetrating the child's anus with his penis, while holding the child's arms behind his/her back.   Further analysis by RCFL revealed the majority of metadata of the images was "stripped."   However, the examiner noted the images had "modification dates" of October 1, 2015, and October 22, 2015, which are likely dates the images were captured.   The examiner further noted the images had a "creation date" of May 6, 2016, which is most likely the date the images were transferred into the folder labeled "Mike" on the hard drive.   Attempts to identify the child depicted are ongoing.

22.   The investigative team noted several items visible in the background of the images, located in the room where the assault occurred.   The images depict a room containing a bed with green

bedding, and behind the unknown male against the wall, a natural wood colored dresser, on which several items are placed. On top of the dresser sits a large wooden box with black metal latches, and the words "SEMPER FI" etched in black on the front of the box, and several other items including a white ceramic angel, one (1) blue, and one (1) pink video game controller. Placed on top of the wooden box is a large grey and white stuffed animal, which appears to be a "Totoro" character. Several articles of clothing are visible lying on the floor including what appears to be green nylon Marine Corps issue physical fitness pants. Also visible in several of the images is a black cat  The images do not appear to have been captured at HAMBY's current on base residence aboard MCB, CPC, due to the layout of the furniture, windows, and doors, as well as the presence of carpeting.

23. On May 12, 2017, members of the investigative team executed a Command Authorized Search and Seizure (CASS) of HAMBY's on-base residence aboard MCB, CPC. NCIS seized a large wooden box with two black metal latches, and the words "SEMPER FI" etched in black into the front of the box, sitting on top of a natural wood colored dresser in the master bedroom. Agents also observed various Marine Corps uniform items, and indicia of the family owning a pet cat, and observed a black cat in the residence, which appeared to be the same black cat pictured in the contraband images. Additionally, NCIS seized a white ceramic angel and a grey stuffed animal, "Totoro" character, which is the same as the stuffed animal depicted in the contraband images.

24. On May 19, 2017, members of the investigative team executed a CASS authorizing NCIS to capture digital images of

HAMBY's shirtless chest for comparison to the contraband images. Additionally, the spouse provided NCIS with several images of HAMBY subsequent to her interview on May 12, 2017, in order to facilitate a comparison to the contraband images.   The contraband images appear to depict the unidentified Caucasian male with a tattoo on his upper right arm.   Review of the images the spouse provided revealed HAMBY has a large tattoo on his upper right arm.   Review of the images captured during the CASS of HAMBY's shirtless chest and arms revealed he has the same tattoo on his upper right arm. Comparisons of the images also indicate similarities in the chest area of HAMBY and the unidentified male.

25.  As a result of my training and experience in child exploitation and child pornography investigations, and the training and experience of other law enforcement officers with whom I have had discussions, there are certain characteristics common to individuals involved in the sexual exploitation of minors:

a.   Individuals who are involved in the sexual exploitation of minors may receive sexual gratification, stimulation, and satisfaction from contact with minors; or from fantasies they may have viewing minors engaged in sexual activity or sexually suggestive poses, such as in person, in photographs, or other visual media; or from literature describing such activity;

b.   Individuals who are involved in the sexual exploitation of minors often collect sexually explicit images and other materials depicting minors, and oftentimes use these materials for their own sexual arousal and gratification.   Furthermore, they may use these materials to lower the inhibitions of minors they are

1 | attempting to exploit.   Many of these communications are done
2 | online via email or instant messaging.

3 |     c.   Individuals who are involved in the sexual exploitation
4 | of minors often correspond with and/or meet others to share
5 | information and materials; are rarely able to completely destroy
6 | correspondence from other child pornography distributors/collectors
7 | or those engaged in the sexual exploitation of minors; conceal
8 | correspondence as they do their sexually explicit material; and
9 | often maintain lists of names, addresses, and telephone numbers of
10 | individuals with whom they have been in contact and who share the
11 | same interests in the sexual exploitation of minors.

12 |     26.   HAMBY exhibits the common characteristics described above
13 | of someone involved in the sexual exploitation of minors.
14 | Specifically, as set forth herein, HAMBY placed multiple online
15 | advertisements on craigslist both in Okinawa, Japan, and in
16 | California over the course of multiple months which used similar
17 | language expressing interest in incest, and taboo sex acts. In the
18 | advertisements, HAMBY solicited for partners with whom to engage in
19 | these incest and taboo sex acts, specified he had "young pics to
20 | trade," indicated he was into "specific taboo that is frowned upon
21 | by most people," and stated his ideal partner "Must be open to
22 | everything, incest included.   Illegal taboo applies.   Very
23 | discreet."

24 | Additionally, HAMBY continued to communicate with an NCIS UCA using
25 | the email, mattdomen@mail.com, believing the UCA would provide him
26 | access to her children, age four, and eight, with which to engage
27 | in sexual acts.   NCIS seized several of HAMBY's electronic devices
28 | incident to his arrest and noted he accessed mattdomen@mail.com

using the seized devices.  NCIS located contraband images of a Caucasian male in HAMBY's former residence in Indian Head, MD, sexually assaulting a child, in a folder labeled "Mike" on an external hard drive located in his residence aboard MCB, CPC.

27.  HAMBY accessed the email account mattdomen@mail.com from his electronic devices, and the craigslist anonymous emails were forwarded to mattdomen@mail.com.  The content of HAMBY's craigslist postings indicated he is interested in "young pics," taboo, and incest.  Given the number of craigslist postings it is reasonable to assume he utilized the email account mattdomen@mail.com on more than one occasion to communicate about, or transmit and/or receive child pornography.  Evidence of these communications and/or transmissions of child pornagrphy, as well as the idendity of fellow conspirators, and/or potentials victims is likely to be found in the contents of emails contained in the mattdomen@mail.com email account.

BACKGROUND ON 1&1 Internet

28.  1&1 Internet is an Internet company that, among other things, provides electronic communication services to its subscribers.  1&1 Internet's electronic mail service allows its subscribers to exchange electronic communications with others through the Internet.  1&1 Internet subscribers access 1&1 Internet's services through the Internet.

29.  Subscribers to 1&1 Internet use screen names during communications with others.  The screen names may or may not identify the real name of the person using a particular screen name.  Although 1&1 Internet requires users to subscribe for a free

1  1&1 Internet account, 1&1 Internet does not verify the information

2  provided by the subscriber for its free services.

3      30.   At the creation of a 1&1 Internet account and for each

4  subsequent access to the account, 1&1 Internet logs the Internet

5  Protocol ("IP") address of the computer accessing the account.   An

6  IP address is a unique address through which a computer connects to

7  the   Internet.     IP   addresses   are   leased   to   businesses   and

8  individuals   by   Internet   Service   Providers.     Obtaining   the   IP

9  addresses   that   have   accessed   a   particular   1&1   Internet   account

10  often identifies the Internet Service Provider that owns and has

11  leased that address to its customer.   Subscriber information for

12  that customer then can be obtained using appropriate legal process.

13              PROCEDURES FOR ELECTRONICALLY STORED INFORMATION

14      31.   Federal agents and investigative support personnel are

15  trained and experienced in identifying communications relevant to

16  the crimes under investigation.   The personnel of 1&1 Internet are

17  not.   It would be inappropriate and impractical for federal agents

18  to   search   the   vast   computer   network   of   1&1   Internet   for   the

19  relevant   accounts   and   then   to   analyze   the   contents   of   those

20  accounts   on   the   premises   of   1&1   Internet.     The   impact   on   1&1

21  Internet's business would be disruptive and severe.

22      32.   Therefore,   I   request   authority   to   seize   all   content,

23  including electronic mail and attachments, stored instant messages,

24  stored voice messages, photographs, and any other content from the

25  1&1 Internet account, as described in Attachment B.   In order to

26  accomplish the objective of the search warrant with a minimum of

27  interference   with   the   business   activities   of   1&1   Internet,   to

28  protect   the   privacy   of   ISP   subscribers   whose   accounts   are   not

authorized to be searched, and to effectively pursue this investigation, NCIS seeks authorization to allow 1&1 Internet to make a digital copy of the entire contents of the account(s) subject to seizure. That copy will be provided to me or to any authorized federal agent. The copy will be imaged and the image will then be analyzed to identify communications and other electronic records subject to seizure pursuant to Attachment B. Relevant electronic records will be copied to separate media. The original media will be sealed and maintained to establish authenticity, if necessary.

33. Analyzing the data to be provided by 1&1 Internet may require special technical skills, equipment, and software. It may also be very time-consuming. Searching by keywords, for example, often yields many thousands of "hits," each of which must be reviewed in its context by the examiner to determine whether the data is within the scope of the warrant. Merely finding a relevant "hit" does not end the review process. Keyword searches do not capture misspelled words, reveal the use of coded language, or account for slang. Keyword searches are further limited when electronic records are in or use foreign languages. Certain file formats also do not lend themselves to keyword searches. Keywords search text. Many common electronic mail, database and spreadsheet applications, which files may have been attached to electronic mail, do not store data as searchable text. Instead, such data is saved in a proprietary non-text format. And, as the volume of storage allotted by service providers increases, the time it takes to properly analyze recovered data increases dramatically. The ISPs do not always organize the electronic files they provide

chronologically, which makes review even more time consuming and may also require the examiner to review each page or record for responsive material.

34. Based on the foregoing, searching the recovered data for the information subject to seizure pursuant to this warrant may require a range of data analysis techniques and may take weeks or even months. Keywords need to be modified continuously based upon the results obtained and, depending on the organization, format, and language of the records provided by the ISP, examiners may need to review each record to determine if it is responsive to Attachment B. The personnel conducting the examination will complete the analysis within ninety (90) days of receipt of the data from the service provider, absent further application to this court.

35. Based upon the experience and training of the investigative team, it is necessary to review and seize all electronic mails that identify any users of the subject account(s) and any electronic mails sent or received in temporal proximity to incriminating electronic mails that provide context to the incriminating mails.

36. All forensic analysis of the imaged data will employ search protocols directed exclusively to the identification and extraction of data within the scope of this warrant.

### GENUINE RISKS OF DESTRUCTION OF EVIDENCE

37. Based upon my experience and training, and the experience and training of other agents with whom I have communicated, electronically stored data can be permanently deleted or modified by users possessing basic computer skills. In this case, only if

the subject receives advance warning of the execution of this warrant, will there be a genuine risk of destruction of evidence.

<u>PRIOR ATTEMPTS TO OBTAIN THIS EVIDENCE</u>

38. On March 4, 2017, subsequent to a search incident to arrest, NCIS seized HAMBY's Samsung Galaxy S7 cellular telephone, and after a PASS authorized search of HAMBY's barracks room, NCIS seized a Toshiba laptop computer. From April 5, 2017, to April 26, 2017, NCIS agents reviewed these devices pursuant to a written Command Authorization for Search and Seizure (CASS) and noted HAMBY used both devices to access the email domain mattdomen@mail.com. However, agents were unable to access the contents of the emails on the devices

<u>CONCLUSION</u>

39. Based on the foregoing, there is probable cause to believe that the items identified in Attachment B have been used in the commission of a crime and constitute evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 2422(b), 2251, 2252, and 2252A and the Uniform Code of Military Justice (UCMJ) Articles 120b, and 134, and will be found in the location to be searched as provided in Attachment A.

Dominic T Langone
Special Agent
Naval Criminal Investigative Service

1 | Subscribed and sworn to before me this ⎯18⎯ day of September, 2017.

2

3 | ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
HONORABLE WILLIAM V. GALLO

4 | UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTACHMENT A

### DESCRIPTION OF LOCATIONS TO BE SEARCHED

1&1 Internet, Inc.
c/o Legal compliance
701 Lee Road, Suite 300
Chesterbrook, PA 19087

Located in the Eastern District of Pennsylvania.

**ATTACHMENT B**

**LIST OF ITEMS TO BE SEIZED**

I.   Service of Warrant

The officer executing the warrant shall permit 1&1 Internet, Inc. (hereafter 1&1 Internet), as custodian of the computer files described below, to locate the files and copy them onto removable electronic storage media and deliver the same to the officer. Notwithstanding the provisions of 18 U.S.C. § 2252A, 1&1 Internet is authorized to disclose responsive data, if any, by delivering encrypted files through 1&1 Internet's Law Enforcement Request System.

II.   Items to be Provided by 1&1 Internet

Items subject to seizure include all subscriber and/or user information, all electronic mail, images, message, histories, buddy lists, profiles, address books, chat logs, methods of payment, detailed billing records, Internet Protocol (IP) logs, transactional data and any other files associated with the following 1&1 Internet email account from October 1, 2015, to March 4, 2017:

Email Account: 1.) mattdomen@mail.com

III. The search of the data supplied by the ISP pursuant to this warrant will be conducted by Naval Criminal Investigative Service as provided in the "Procedures For Electronically Stored Information" of the affidavit submitted in support of this search warrant and will be limited to the period of October 1, 2015, to March 4, 2017, and to the seizure of:

i. Communications and/or attachments sent, received and/or saved showing any contact with any individual concerning a sexual interest in children, the transmission of child

pornography as defined by 18 U.S.C. §2256, and/or any other information reflecting potential violations of 18 U.S.C. §§ 2422(b), 2251, 2252, and 2252A;

ii.   Electronic mail and attachments related to the identities of any co-conspirators.

iii.   Electronic mail and attachments that provide context to any electronic mail reflecting the criminal activity described in this warrant including any electronic mail sent or received in temporal proximity to any relevant electronic mail and any electronic mail that identifies any users of the subject account.

which are evidence of violations of 18 U.S.C. §§ Sections 2422(b), 2251, 2252, and 2252A and the Uniform Code of Military Justice (UCMJ) Articles 120b, and 134.